IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ANTHONY BRIAN STEPHENS,
CHAD CHANDLER,

            Plaintiffs,

v.                                            CIVIL ACTION NO. 3:24-0653

LT. SMITH,
CAPT. YORK,
CAPT. REED,
SGT. EVANS,
NURSE REGINA LNU,
NURST SUSIE, LNU,
CO ALBRIGHT,
C.O. MANN,
LT. CASTEEL,
CARL ALDRIDGE,
CASE MANAGER L. STEPP,

            Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the complaint be dismissed for failure to prosecute, and this action be removed form the docket of the court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that the complaint be **DISMISSED** for failure to prosecute,

and this action be **REMOVED** form the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: December 11, 2025

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE